**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ATLANTIC SOUNDING CO., INC. and WEEKS MARINE, INC.** | **CIVIL ACTION** |
| **versus** | **NO. 2:15-cv-02663** |
| **JESSICA R. SMITH** | **SECTION** |
| | **JUDGE** |
| | **MAGISTRATE JUDGE** |

**COMPLAINT FOR DECLARATORY JUDGMENT**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs Atlantic Sounding Co., Inc. and Weeks Marine, Inc., both of which are foreign corporations duly authorized to conduct business within the State of Louisiana, with offices in the Parishes of St. Tammany and Terrebonne, and with respect represent upon information and belief as follows:

I.

Atlantic Sounding Co., Inc. is a corporation duly organized and existing under and by virtue of the laws of the State of New Jersey, and is duly authorized to do, and is doing business within, the jurisdiction of the United States District Court for the Eastern District of Louisiana.

II.

Weeks Marine, Inc. is a corporation duly organized and existing under and by virtue of the laws of the State of New Jersey, and is duly authorized to do, and is doing business within, the jurisdiction of the United States District Court for the Eastern District of Louisiana.

III.

Atlantic Sounding Co., Inc. is the payroll employer of Defendant Jessica Smith. As stated in the *Statement of Corporate Disclosure*, Weeks Marine, Inc. is privately held, owns 100% of the stock of Atlantic Sounding Co., Inc., is the parent corporation of Atlantic Sounding Co., Inc., and owns the vessel involved in this litigation. The potential exists for Defendant to be adjudicated as the borrowed servant of Weeks Marine, Inc.

IV.

Defendant is a person of the full age of majority, with a last known address of 1417 Old Highway 35 North, Columbia, Mississippi, 39429. At the time of the filing of this pleading, it is believed that Defendant is represented by Timothy J. Young, Esq., of the law firm the Young Firm, 400 Poydras Street, Suite 2090, New Orleans, Louisiana, 70130.

V.

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Subject matter jurisdiction is conferred by 28 U.S.C. § 1333, and venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

VI.

Defendant commenced employment with Atlantic Sounding Co., Inc. and/or Weeks Marine, Inc. as a galley hand on the dredge C.R. MCCASKILL on or about January 30, 2015, scheduled to work a 28 days on, 14 days off, hitch, and she qualifies for seaman status under the Jones Act, specifically 46 U.S.C. § 30104.

VII.

On or about June 25, 2015, Defendant alleges an accident occurring when she allegedly slipped and fell down a staircase comprised of four steps, with her back and bottom hitting the stairs on the way to the bottom of the staircase, at a locale located within the jurisdiction of the United States District Court for the Eastern District of Louisiana.

VIII.

Defendant received medical treatment at Plaquemines Medical Center on June 25, 2015, Dr. Maria I. Cartagena assessed Defendant's alleged injury as cervicalgia, pain in thoracic spine, and lumbago, and Dr. Cartagena released Defendant to work without restrictions, as tolerated.

IX.

On June 26, 2015, Defendant presented to Dr. Cartagena for follow up treatment, and for the second time, Dr. Cartagena released Defendant to work without restrictions, as tolerated.

X.

Defendant failed to return to work, and lacked any medical excuse for not returning to work.

XI.

Defendant had not completed the 28 days on portion of her hitch when she failed to return to work.

XII.

Defendant has failed to provide any medical documentation or evidence that supports or suggests that she was incapable of working as of June 25 and/or 26, 2015.

XIII.

Plaintiffs Atlantic Sounding Co., Inc. and Weeks Marine, Inc. seek a declaratory judgment, pursuant to 28 U.S.C. § 2201, finding that Plaintiffs Atlantic Sounding Co., Inc. and Weeks Marine, Inc. do not owe any maintenance and cure benefits to Defendant, based upon Defendant's willful misconduct in abandoning and/or deserting the dredge C.R. MCCASKILL, without any medical reason, and prior to the end of her scheduled hitch.

XIV.

All of the foregoing is true and correct and within the jurisdiction of this Honorable Court.

**WHEREFORE,** Plaintiffs Atlantic Sounding Co., Inc. and Weeks Marine, Inc. pray that process in due form of law may issue, citing Defendant Jessica R. Smith to appear and answer within the time prescribed by law, and that after due proceedings are had, that there be judgment in favor of Plaintiffs Atlantic Sounding Co., Inc. and Weeks Marine, Inc., declaring that Plaintiffs Atlantic Sounding Co., Inc. and Weeks Marine, Inc. are not obligated to make maintenance and cure payments to Defendant Jessica R. Smith, and for all other legal, equitable, and general relief to which Plaintiffs Atlantic Sounding Co., Inc. and Weeks Marine, Inc. may be entitled.

Respectfully submitted on July 16, 2015.

WAITS, EMMETT, POPP & TEICH, L.L.C.

s/Matthew F. Popp
MATTHEW F. POPP (24608) T.A.
RANDOLPH J. WAITS (13157)
JOHN F. EMMETT (1861)
JORDAN N. TEICH (32254)
MARK A. HILL (33891)
1515 Poydras Street, Suite 1950
New Orleans, Louisiana 70112
Telephone: (504) 581-1301
Facsimile: (504) 585-1796
E-mail: mpopp@wep-law.com

**PLEASE SERVE:**

**JESSICA R. SMITH**
**1417 OLD HIGHWAY 35 NORTH**
**COLUMBIA, MISSISSIPPI 39429**